# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2020

160720

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DEPARTMENT OF TALENT AND ECONOMIC
DEVELOPMENT/UNEMPLOYMENT
INSURANCE AGENCY,
      Appellee,

v

ANDREW M. AUGUSTINE,
      Claimant-Appellant,

and

TAYLOR FORD, INC.,
      Appellee.

SC: 160720
COA: 334074
Wayne CC: 18-000267-AE

_____/

      On order of the Court, the application for leave to appeal the November 19, 2019 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Dep't of Licensing & Regulatory Affairs/Unemployment Ins Agency v Lucente* (Docket No. 160843-4) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2020



Clerk

s0610